

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-14-00791-CV

Michael Thomas **PAUL**,
Appellant

v.

**GREG ABBOT ATTORNEY GENERAL FOR THE STATE OF TEXAS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-16843
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
        Marialyn Barnard, Justice
        Rebeca C. Martinez, Justice

On January 28, 2015, we issued an opinion and judgment dismissing this appeal. On February 10, 2015, appellant filed a motion for extension of time to file a motion for rehearing en banc. On February 13, 2015, we issued an order granting appellant's motion for extension of time to file a motion for rehearing to March 16, 2015.

On February 26, 2015, appellant filed a motion for summary judgment in this court. Appellant's motion for summary judgment is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court